No. 02–8162. STEVENS *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–8164. WEAVER *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–8165. PEREZ-AGUILAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8166. QUINTANA *v.* ATHERTON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–8169. WILLIAMS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–8170. WHITE *v.* CARTER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–8171. BECERRA-LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8172. LUIS-ARIAS, AKA ARIAS, AKA DIONICIO-GALVAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8173. BARRERA-FLORES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8174. BRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8175. BEYER *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–8178. PARKS *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–8179. BRUTON *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–8180. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8181. MEZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.